IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEEDS, INC., | ) |
| Plaintiff, | ) Civil Action No. 17-1533 |
| | ) Chief Magistrate Judge Maureen P. Kelly |
| v. | ) |
| INNOVATION HQ, INC., | ) |
| Defendant. | ) |

ORDER TO SHOW CAUSE

AND NOW, this 27th day of February, 2018, IT IS HEREBY ORDERED that the above-captioned matter will be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m), unless good cause is shown before March 13, 2018, why plaintiff failed to serve the defendant within ninety days of the filing of the complaint. Plaintiff's show cause response is due on or before March 13, 2018.

BY THE COURT:

*/s/ Maureen P. Kelly*
MAUREEN P. KELLY
CHIEF UNITED STATES MAGISTRATE JUDGE