EXHIBIT A

d******s****@innovationhq.com
i*********** @gmail.com
e*****a******@innovationhq.com
***@muscovitch.com