```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

_____

WEEDS, INC.,  **JURY TRIAL DEMANDED**

          Plaintiff,

                          CIVIL ACTION NUMBER:
    v.                      2:17-cv-01533-MPK

INNOVATION HQ, INC.,

          Defendant.

_____

## PLAINTIFF'S STATUS REPORT

   1. Reference is made to this Court's Order, dated May 8, 2018 [Doc. 14] granting an extension of time for Plaintiff to serve international Defendant existing in Antigua, effectively until July 30, 2018.

   2. This case is not governed by the provisions Fed.R.Civ.P. 4(m), as the Defendant has been determined to exist in St. John's, Antigua.[1]

   3. On April 27, 2018, the Court issued a text order [Doc. 10], impliedly requiring a logistic for service under Fed.R.Civ.P. 4(f)1-3, such that Plaintiff must attempt to serve in accordance with Fed.R.Civ.P. 4(f)(1) prior to granting leave for alternative service pursuant to Fed.R.Civ.P. 4(f)(3) as was requested by Plaintiff. [Doc. 7]

   4. In light of the Court's Order on May 8, 2018 [Doc. 14], the undersigned contacted the international service processor on the same date to initiate engagement of services and the service processor was formally engaged on the following day, May 9, 2018.

---

[1] Prior to leave for and pre-service discovery, the domain name was mis-designated for Defendant at "St. Johns" (neither St. John nor St. John's), at a PO Box, without building or road information, without agent information, and without a country indicator.

5. International service was forwarded to Antiqua pursuant to the Hague processes on May 15, 2018, and is unable to be expedited.

6. The Declaration of Nelson Turner of Process Service Network, LLC, is attached as <u>Exhibit A</u>.

WHEREFORE, the undersigned requests that the Court take notice of the foregoing.

Dated: May 21, 2018             /s/Gregg Zegarelli/

                                Gregg R. Zegarelli, Esq.
                                Counsel for Plaintiff
                                PA I.D. #52717

                                Z E G A R E L L I
                                Technology & Entrepreneurial
                                  Ventures Law Group, P.C.
                                2585 Washington Road, Suite 134
                                Summerfield Commons Office Park
                                Pittsburgh, PA  15241
                                mailroom.grz@zegarelli.com
                                412.833.0600

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served by United States postal service First Class Mail international service:

```
             INNOVATION HQ, INC.
         C/O ANTIGUA REGISTERED AGENT
   CORPORATE & TRUST SERVICES (CARIBBEAN) LIMITED
               ARTHUR GB THOMAS
       FD ICIC BUILDING, LOWER FACTORY RD
                 P.O. BOX 990
               ST. JOHN'S, ANTIGUA
```

May 21, 2018

                        Respectfully submitted,

                        /Gregg R. Zegarelli/

                        Gregg R. Zegarelli, Esq.
                        Pa. I.D. #52717

                        Z E G A R E L L I
                        Technology & Entrepreneurial
                          Ventures Law Group, P.C.
                        2585 Washington Road, Suite 134
                        Pittsburgh, PA 15241, USA
                        mailroom.grz@zegarelli.com
                        412.833.0600