```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

--------------------------------

WEEDS, INC.,

        Plaintiff,

   v.

INNOVATION HQ, INC.,

        Defendant.

--------------------------------

**JURY TRIAL DEMANDED**

CIVIL ACTION NUMBER:
2:17-cv-01533-MPK

## STATUS REPORT

    1.   Reference is made to the Order of Court, dated July 17, 2018, staying and administratively closing this case, and requiring Plaintiff to file a motion to lift the stay within 14 days following service and to attach proof of service [Doc. 20]

    2.   On July 30, 2018, Defendant purported to file its responsive pleading without leave of Court and in violation of the stay, waiving such objections as set forth by law, including Fed.R.Civ.P. 12(b)(5).

    3.   Plaintiff informs the Court that Plaintiff has not, to date, received proof of service pursuant to the Hague, referencing the general timing expectancy as set forth in Plaintiff's Motion to Stay. [Doc. 19]

```
Dated: July 31, 2018          /s/Gregg Zegarelli/

                              Gregg R. Zegarelli, Esq.
                              Counsel for Plaintiff
                              PA I.D. #52717

                              Z E G A R E L L I
                              Technology & Entrepreneurial
                                Ventures Law Group, P.C.
                              2585 Washington Road, Suite 134
                              Summerfield Commons Office Park
                              Pittsburgh, PA  15241
                              mailroom.grz@zegarelli.com
                              412.833.0600
```

**CERTIFICATE OF SERVICE**

    Plaintiff certifies that Plaintiff believes that all parties have been or will be duly served by the Western District Court CM/ECF electronic filing system.

July 31, 2018

                                  Respectfully submitted,

                                  /Gregg R. Zegarelli/

                                  Gregg R. Zegarelli, Esq.
                                  Pa. I.D. #52717

                                  Z E G A R E L L I
                                  Technology & Entrepreneurial
                                    Ventures Law Group, P.C.
                                  2585 Washington Road, Suite 134
                                  Pittsburgh, PA 15241, USA
                                  mailroom.grz@zegarelli.com
                                  412.833.0600