IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEEDS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2:17-cv-01533-DSC-MPK |
| | ) |
| INNOVATION HQ, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 6th day of September, 2018, IT IS HEREBY ORDERED that the Motion of Defendant Innovation HQ, Inc. for Leave to Participate by Telephone in Initial Case Management Conference [Docket No. 34] is GRANTED and that John B. Berryhill, Ph.D. may participate by telephone in this Court's initial case management conference scheduled for September 7, 2018 at 9:15 a.m, *so long as local counsel attends in person*.

_____
Maureen P. Kelly